UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

BRANDIS C. RIGGINS, )
 )
 Plaintiff, )
 vs. ) No. 1:10-cv-01594-MJD-TWP
 )
MICHAEL J. ASTRUE, )
COMMISSIONER OF SOCIAL )
SECURITY )
 )
 Defendant. )

**JUDGMENT**

The Court, having this day made its Entry,

IT IS THEREFORE ADJUDGED that the final decision of the Commissioner that Brandis Riggins was not entitled to Social Security Supplemental Security Income Disability benefits and Social Security Income disability benefits based upon her application filed on May 2, 2007, is AFFIRMED.

Dated: 12/30/2011

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution List:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
patrick@mulvanylaw.com